FILED by ___YH___ D.C.

Mar 2, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 21-60079-CR-CANNON/HUNT

CASE NO. _____

18 U.S.C. § 2252(a)(4)(B) & (b)(2)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

MICHAEL MIZRACHY,

       Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

On or about June 5, 2020, in Broward County, in the Southern District of Florida, the defendant,

**MICHAEL MIZRACHY,**

did knowingly possess matter which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor or a minor who had not attained twelve (12) years of age.

1

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendant, **MICHAEL MIZRACHY,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant, **MICHAEL MIZRACHY**, shall forfeit to the United States:

(a) any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code; pursuant to Title 18, United States Code, Section 2253(a)(1);

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violation; pursuant to Title 18, United States Code, Section 2253(a)(2); and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation and any property traceable to such property; pursuant to Title 18, United States Code, Section 2253(a)(3).

3. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, *one (1) Apple iPhone8, Serial Number F4GX32XGJC6K.*

All pursuant to Title 18, United States Code, Section 2253 and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
BROOKE ELISE LATTA
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MICHAEL MIZRACHY,

_____Defendant_____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami    ___ Key West
_✓_ FTL      ___ WPB    ___ FTP

New defendant(s)           Yes ___   No ___
Number of new defendants   ___
Total number of counts     ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)   No
   List language and/or dialect   _____

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days       _✓_          Petty     ___
   II   6 to 10 days      ___          Minor     ___
   III  11 to 20 days     ___          Misdem.   ___
   IV   21 to 60 days     ___          Felony    _X_
   V    61 days and over  ___

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.                  20-MJ-6102-STRAUSS
   Related miscellaneous numbers:               _____
   Defendant(s) in federal custody as of        _____
   Defendant(s) in state custody as of          _____
   Rule 20 from the District of                 _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No _✓_

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No _✓_

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No _✓_

_____
BROOKE ELISE LATTA
ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached

REV 6 5 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   MICHAEL MIZRACHY

Count #: 1

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2)

*Min./Max. Penalty: 20 Years' Imprisonment; $250,000 Fine; Minimum of 5 Years' Supervised Release up to Life

*Refers only to possible term of incarceration, does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.