**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 21-60079-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MICHAEL MIZRACHY**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Patrick Hunt Following Change of Plea Hearing [ECF No. 26]. On October 14, 2021, Magistrate Judge Hunt held a Change of Plea hearing during which Defendant pled guilty without a plea agreement to the single count in the Indictment [ECF No. 8]. Magistrate Judge Hunt thereafter issued a Report and Recommendation on Change of Plea [ECF No. 26]. No party has filed objections to the Report [ECF No. 28], and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 26] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Michael Mizrachy as to the single count in the Indictment is **ACCEPTED**;

3. Defendant Michael Mizrachy is adjudicated guilty of the single count in the Indictment, which charges Defendant with possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

CASE NO. 21-60079-CR-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 1st day of November 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record