UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 24-60588-CV-CANNON
(CASE NO. 21-60079-CR-CANNON)

**MICHAEL MIZRACHY**,

    Movant,

v.

**UNITED STATES OF AMERICA**,

    Respondent.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the Order Denying Movant's 28 U.S.C. § 2255 Motion to Vacate [ECF No. 11], entered on November 5, 2024. For the reasons stated in the Order, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is

**ORDERED AND ADJUDGED** as follows:

1. Final Judgment is hereby **ENTERED** in favor of Respondent, the United States of America, and against Movant Michael Mizrachy.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 7th day of November 2024.

                                                    _____
                                                    AILEEN M. CANNON
                                                    UNITED STATES DISTRICT JUDGE

cc:    **Michael Mizrachy**, pro se
        31853-509
        Federal Correctional Institution
        Inmate Mail/Parcels
        Post Office Box 1031
        Coleman, Florida 33521